**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**MICHAEL DOBBS LAND,** *et al.*                                           **PLAINTIFFS**

**V.**                                       **CAUSE NO. 3:20-CV-313-CWR-FKB**

**GOVERNOR TATE REEVES,** *et al.*                                     **DEFENDANTS**

## AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs and Defendants, by and through counsel of record herein, and pursuant to Fed. R. Civ. P. 41(a)(2) have agreed to dismiss Plaintiffs' Complaint without prejudice. Based upon this consent, this matter is dismissed without prejudice.

**SO ORDERED**, this the 12th day of May, 2020.

                                                          s/ Carlton W. Reeves
                                                          UNITED STATES DISTRICT JUDGE

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130
(601) 852-3440
stephen@sdslaw.us
MSB# 102784
*Counsel for Plaintiffs*

*/s/ Chelsea H. Brannon (with permission)*
Chelsea H. Brannon
City Attorney
City of Madison
P.O. Box 40
Madison, MS 39130
CBrannon@MadisonTheCity.com
MSB# 102805
*Counsel for Mayor Mary Hawkins-Butler*

2

*/s/ Justin L. Matheny (with permission)*
Justin L. Matheny
Mississippi Attorney General's Office
Civil Litigation Division
550 High Street, Suite 1100
Post Office Box 220
Jackson, MS 39205
Telephone: (601) 359-3825
JustinMatheny@ago.ms.gov
MSB# 100754
*Counsel for Governor Tate Reeves*